## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| LOUIS COMROE | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:11-cv-00989-D |
| | § | |
| THOMSON REUTERS HOLDINGS, INC. | § | |
| | § | |
| **Defendants.** | § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Louis Comroe stipulates to the dismissal with prejudice of all of Plaintiff's claims and causes of action asserted in this lawsuit, and in support would show that Plaintiff no longer wishes to pursue this matter against Defendant Thomson Reuters Holdings, Inc.

WHEREFORE, Plaintiff prays that his claims asserted in this suit be dismissed with prejudice, and that each party bears its own attorneys' fees and costs of court.

HOU:3127247.1

Respectfully submitted,

By: s/ Louis Comroe *

    LOUIS COMROE
    16827 Thomas Chapel
    Dallas, Texas 75248
    Telephone: (972) 248-7331
    *lou1293@swbell.net*

**PRO SE PLAINTIFF**

    * *Signed by permission.*

OF COUNSEL:
ANDREWS KURTH LLP
    and
DARLA RODEN
State Bar No. 24003011
600 Travis, Suite 4200
Dallas, Texas 75201
Telephone: (214) 659-4400
Telecopier: (214) 659-4401
*darlaroden@andrewskurth.com*

By: s/ Dimitri Zgourides

    DIMITRI ZGOURIDES
    State Bar No. 00785309
    600 Travis, Suite 4200
    Houston, Texas 77002
    Telephone: (713) 220-4152
    Telecopier: (713) 220-4285
    *dzgourides@andrewskurth.com*

**ATTORNEY-IN-CHARGE FOR DEFENDANT
THOMSON REUTERS HOLDINGS, INC.**

-2-

*Lanis Conroe*                                    6/14/2011

SIGNATURE TO BE USED FOR FILING
DISMISSAL DOCUMENTS FOR CIVIL
ACTION No. 3-11- CV00989-D